ELECTRONICALLY FILED
10/23/2018 3:05 PM
57-CV-2018-900313.00
CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA
JODY SELLERS, CLERK



IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

| | |
|---|---|
| IZOLA SANDERS,<br><br>    Plaintiff,<br><br>vs.<br><br>WALMART STORE EAST, LP and X, Y & Z Corporations, whose true names are unknown to Plaintiff,<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. |

## COMPLAINT

COMES NOW, Plaintiff IZOLA SANDERS, and files this her Complaint for damages against Defendant, WALMART STORES EAST, LP and X, Y & Z Corporations, whose true names are currently unknown to Plaintiff, showing the Court as follows:

### I. PARTIES, JURISDICTION and VENUE

1.

Plaintiff is a resident of Phenix City, Russell County, Alabama and subject to the jurisdiction of this Court.

2.

Defendant Walmart Stores East, LP is a foreign corporation authorized to do business in the state of Alabama. This Defendant may be served through its registered agent, CT Corporation, 2 North Jackson Street, Montgomery, Alabama 36104. Defendant conducts business located at 3700 Highway 280/431, Phenix City, Russell County, Alabama and is subject to the jurisdiction of this Court.

**EXHIBIT A**

3.

"X, Y & Z Defendants" whose true names and identities are currently unknown to Plaintiff at this time have committed torts against Plaintiff and can be served with a Second Original Complaint and Summons once their true identity(ies) have been ascertained through discovery and/or through stipulation between counsel.

4.

On or about November 18, 2017, Plaintiff was walking past registers 15 and 14 in the front of the Wal-Mart retail store owned and operated by Defendant and located at 3700 Highway 280/431, Phenix City, Russell County, Alabama when she slipped and fell as a result of water and ice on the floor in close proximity to the ice machine. The claims and damages asserted herein arise out of said incident.

5.

Defendants are subject to the jurisdiction of this Court and venue is proper.

II. OPERATIVE FACTS

6.

At all times referenced herein, Plaintiff was an invitee of Defendant Walmart Stores East, LP.

7.

On November 18, 2017, Plaintiff was shopping at the Wal-Mart retail store owned and operated by Defendant and located at 3700 Highway 280/431, Phenix City, Russell County, Alabama.

8.

While inside the subject store on the above referenced date, Plaintiff was walking past the check-out registers near the ice machine when she slipped and fell in water and ice on the floor.

EXHIBIT A

9.

On the date of her fall, there were neither warning signs nor any other type of warning alerting Plaintiff of an actual or potential hazard in the area where Plaintiff fell.

10.

Defendants, including its/their agents, partners, and/or employees were responsible for keeping its premises and approaches safe for its/their invitees, including, but not limited to, Plaintiff.

11.

Before and at the time of the of Plaintiff's slip and fall, Defendants, its/their agents, representatives, and/or employees had constructive and/or actual knowledge of the hazardous condition that caused Plaintiff's fall.

12.

Before and at the time of the of Plaintiff's slip and fall, Defendants, its/their agents, representatives, and/or employees had superior constructive and/or actual knowledge of the hazardous condition that caused Plaintiff's fall.

13.

Because of the hazardous condition caused by Defendant's negligence, Plaintiff slipped, fell, and suffered severe and painful injuries to her body which required medical attention.

### III. LIABILITY OF THE DEFENDANT

14.

Plaintiff incorporates the foregoing paragraphs as if fully set forth herein.

**EXHIBIT A**

15.

Defendants failed to maintain a safe premise in accordance with safety laws, codes, and standards.

16.

Defendant was negligent and said negligence directly and proximately caused Plaintiff's injuries through its conduct, including, but not limited to:

1. Tortiously failing to take reasonable precautions to safeguard and protect invitees who traversed its premises;

2. Tortiously failing to implement and/or comply with reasonable polices and/or procedures to safeguard and protect invitees who traversed its premises;

3 Tortiously failing to properly train and supervise their employees in the appropriate manner to safeguard and protect invitees who traversed Defendant's premises;

4. Under the doctrine of respondeat superior for the tortious acts and omissions of their agents and employees, as set forth herein.

### IV. DAMAGES CLAIMED

17.

The damages claimed by the Plaintiff were proximately caused by the tortious acts and omissions of Defendant, its/their agents and/or employees.

18.

The acts of Defendant, its agents and employees were willful and wanton, and showed such callous indifference to the rights of others that punitive damages should be imposed in an amount to be determined by a jury.

# EXHIBIT A

19.

Plaintiff claims damages as follows:

1. Compensatory damages for all components of the physical pain and suffering endured by the Plaintiff through the present and into the future;

2. Special damages for medical expenses, past, present and future;

3. Special damages for lost wages; and

4. Punitive Damages in an amount sufficient to deter Defendant from such willful and wanton tortious conduct in the future.

### V. PRAYER FOR RELIEF

20.

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. That Summons be issued requiring the Defendant to appear as provided by law to answer this Complaint;

2. That the Plaintiff have a trial by jury;

3. That the Plaintiff recovers damages for her mental and physical suffering, special damages for her medical expenses (past, present and future), and special damages for her lost wages;

4. Plaintiff claims punitive damages against Defendant in an amount to be determined by the enlightened conscious of the jury;

5. For reasonable attorneys' fees and costs should Defendant be stubbornly litigious;

6. For such other and further relief as is allowed by law and as the Court may deem just and proper.

**EXHIBIT A**

DATED this 22nd day of October, 2018.

PHILIPS BRANCH & HODGES

/s/ Stephen J. Hodges
Stephen J. Hodges
AL Bar No.: HOD019

P.O. Box 2808
Columbus, Georgia 31902
706-323-6461 (phone)
706-571-0765 (fax)
*steve@philips-branch.com*

THE LAW FIRM OF CHANCEY &
COOLEY, LLC

/s/ Jennifer D. Cooley
Jennifer D. Cooley
AL Bar No: COO083

1200 8th Avenue
Phenix City, Alabama 36867
334-297-2400
*jenniferdcooley@gmail.com*

Personally appeared before the undersigned authority in and for said State and County appeared, IZOLA SANDERS, who after first having been duly sworn, on oath, deposes and says that the information contained in the within and foregoing Complaint is true and correct.

*Izola Sanders*
Izola Sanders

Sworn and subscribed before me
this the 22nd day of October, 2018.

Notary Public
Russell County, Alabama

6

**EXHIBIT A**